IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Case No. 00-358-PJW |
| ) | |
| AMERISERVE FOOD DISTRIBUTION, ) | |
| INC., et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |
| AFD FUND, on behalf of the ) | |
| substantively consolidated ) | |
| post-confirmation estate of ) | |
| Debtors AMERISERVE FOOD ) | |
| DISTRIBUTION, INC., et al., ) | Adv. No. A-02-1799 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1206-SLR |
| ) | |
| JERRY O. DENSON, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 17th day of March, 2005, the parties having filed in the bankruptcy court a "Notice and Stipulation of Voluntary Dismissal with Prejudice of Complaint";

IT IS ORDERED that the above captioned action is dismissed with prejudice, as the matter has been settled by the

parties.

_____
United States District Judge